**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MONIKA CASTRONOVA,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK, PENNYMAC LOAN SERVICES LLC, WELLS FARGO DEALER SERVICES, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC,<br><br>Defendants. | Case No. 2:18-cv-01786-RFB-PAL<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Monika Castronova ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On September 14, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is October 10, 2018. The allegations in Plaintiff's Complaint date back to September 2011. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including October 31, 2018. This is the first

stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. This request is being made in good faith and not for any purpose of undue delay.

Dated this 3rd day of October, 2018.      Dated this 3rd day of October 2018

| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **KNEPPER & CLARK, LLC HAINES & KRIEGER, LLC** |
|---|---|
| */s/ Jason G. Revzin* <br> Jason G. Revzin <br> Nevada Bar No. 8629 <br> 6385 South Rainbow Blvd., Suite 600 <br> Las Vegas, NV 89118 <br> Telephone: (702) 893-3383 <br> Facsimile: (702) 893-3789 <br> Email: Jason.revzin@lewisbrisbois.com <br> ***Counsel for Trans Union LLC*** | */s/ Shaina R. Plaksin* <br> Matthew I. Knepper, Nevada Bar No. 12796 <br> Miles N. Clark, Nevada Bar No. 13848 <br> Shaina R. Plaksin, Nevada Bar No 13935 <br> 10040 W. Cheyenne Ave., Suite170-109 <br> Las Vegas, NV 89129 <br> Telephone: (702) 825-6060 <br> Facsimile: (702) 447-8048 <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br> Email: snaina.plaksin@knepperclark.com <br> and <br> David H. Krieger, Nevada Bar No. 9086 <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, NV 89123 <br> Telephone: (702) 880-5554 <br> Facsimile: (702) 383-5518 <br> Email: dkrieger@hainesandkrieger.com |

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff Monika Castronova's Complaint up to and including October 31, 2018 is so ORDERED AND ADJUDGED.

Dated this 4th day of October, 2018.

                                                  UNITED STATES MAGISTRATE JUDGE