Patrick J. Reilly
Nevada Bar. No. 6103
preilly@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway
Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Credit One Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MONIKA CASTRONOVA,<br><br>       Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK; PENNYMAC LOAN SERVICES, LLC WELLS FARGO DEALER SERVICES; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND TRANSUNION, LLC,<br><br>       Defendants. | Case No.: 2:18-CV-01786-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

## STIPULATION

Plaintiff Monika Castranova ("Plaintiff") and Defendant Credit One Bank, N.A. ("Credit One") hereby stipulate and agree to extend the time for Credit One to answer or otherwise plead in response to the Complaint on file in this action, up to and including October 26, 2018.

This is the first request for an extension. This request is made due to the recent move of Credit One's counsel to Brownstein Hyatt Farber Schreck, LLP. Credit One anticipates that this extension will be the only one needed or requested.

17580595.1                                                                 1

Accordingly, this stipulation is made in good faith and not for the purposes of delay.

Dated this 11th day of October, 2018.

**HAINES & KRIEGER, LLC**

By: /s/ David H. Kreiger
    David H. Kreiger, Esq.
    Nevada Bar No. 9086
    8985 S. Eastern Avenue
    Suite 350
    Henderson, NV 89123

**KNEPPER & CLARK, LLC**

By: /s/ Matthew I. Knepper
    Matthew I. Knepper, Esq.
    Nevada Bar No. 12796
    Miles N. Clark, Esq.
    Nevada Bar No. 13848
    Shaina R. Plaskin, Esq.
    Nevada Bar No.13935
    10040 W. Cheyenne Ave., Suite 170-109
    Las Vegas, NV 89129

*Attorneys for Plaintiff*

**BROWNSTEIN FARBER HYATT SCHRECK, LLP**

By: /s/ Patrick J. Reilly
    Patrick J. Reilly, Esq.
    100 N. City Parkway
    Suite 1600
    Las Vegas, NV 89106

*Attorneys for Credit One Bank*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 16, 2018

17580595.1

2