Kelly H. Dove, Esq.
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*
*(incorrectly sued as*
*Wells Fargo Home Mortgage)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MONIKA CASTRONOVA, | Case No. 2:18-cv-01786-GMN-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO DEALER SERVICES' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| CREDIT ONE BANK; PENNYMAC LOAN SERVICES LLC; WELLS FARGO DEALER SERVICES; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; AND TRANSUNION LLC, | **(FIRST REQUEST)** |
| Defendants. | |

It is hereby stipulated by and between Plaintiff Monika Castronova ("Plaintiff"), through her attorney, Haines & Krieger, LLC and Knepper & Clark, LLC, and Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo Dealer Services ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

In the interest of conserving client and judicial resources, Plaintiff and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **November 1, 2018**, in which to file its responsive pleading. Snell & Wilmer was retained to represent Wells Fargo only four business days ago and requires more time to adequately assess the allegations in and respond to the complaint.

This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but is intended so that Wells Fargo can conduct a diligent search and obtain records necessary to prepare its response.

DATED this 16th day of October, 2018.

| KNEPPER & CLARK LLC | SNELL & WILMER L.L.P. |
|---|---|
| By: */s/ Shaina Plaskin* <br> Shaina Plaksin (NV Bar No. 13935) <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br> *(signed with permission)* <br><br> *Attorneys for Plaintiffs Monika Castronova* | By: */s/ Kelly H. Dove* <br> Kelly H. Dove (NV Bar No. 10569) <br> Tanya N. Lewis (NV Bar No. 8855) <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 <br> Telephone: (702) 784-5200 <br> Facsimile: (702) 784-5252 <br> *Attorneys for Defendant Wells Fargo Bank, N.A.*, incorrectly named as *Wells Fargo Dealer Services* |

**ORDER**

**IT IS ORDERED** that Wells Fargo Dealer Service's time to respond to Plaintiff's Complaint shall be extended to on or before November 1, 2018.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED October    18,    2018.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Kelly H. Dove*
Kelly H. Dove, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Dealer Services*
4851-8102-3352