Patrick J. Reilly
Nevada Bar. No. 6103
preilly@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway
Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Credit One Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MONIKA CASTRONOVA, | Case No.: 2:18-CV-01786-~~GMN~~-PAL<br>RFB |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS CREDIT ONE BANK, N.A. WITH PREJUDICE** |
| v. | |
| CREDIT ONE BANK; PENNYMAC LOAN SERVICES, LLC WELLS FARGO DEALER SERVICES; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND TRANSUNION, LLC, | |
| Defendants. | |

## **STIPULATION**

Plaintiff Monika Castronova ("Plaintiff") and Defendant Credit One Bank, N.A. ("Credit One") hereby stipulate and agree to dismiss Credit One from the above-entitled action with prejudice, with each party to bear its or her own respective attorney's fees and costs of suit.

/ / /

/ / /

/ / /

17657353.1           1

This Stipulation shall have no effect on any other claims asserted by Plaintiff in this action.

DATED this 25th day of October, 2018.

**HAINES & KRIEGER, LLC**

By: /s/ David H. Kreiger
David H. Kreiger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123

**KNEPPER & CLARK, LLC**

By: /s/ Matthew I. Knepper
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No.13935
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

*Attorneys for Plaintiff*

**BROWNSTEIN FARBER HYATT SCHRECK, LLP**

By: /s/ Patrick J. Reilly
Patrick J. Reilly, Esq.
100 N. City Parkway
Suite 1600
Las Vegas, NV 89106

*Attorneys for Credit One Bank, N.A.*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court

Dated: October 29, 2018.

17657353.1

2