Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MONIKA CASTRONOVA,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIT ONE BANK; PENNYMAC LOAN SERVICES LLC; WELLS FARGO DEALER SERVICES; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANSUNION LLC,<br><br>Defendants. | Case No.: 2:18-cv-01786-RFB-PAL<br><br>**SECOND STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST]** |

SECOND STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST] - 1

Plaintiff Monika Castronova ("Plaintiff"), by and through her counsel of record, and Defendant TransUnion LLC ("Trans Union") have agreed and stipulated to the following:

1. On September 14, 2018, Plaintiffs filed a Complaint [ECF Dkt. 1].

2. On October 31, 2018, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt. 26].

3. Plaintiff's Response was originally due on November 14, 2018.

4. The Court granted Plaintiff and Trans Union's first stipulation to extend time for Plaintiff's Response to November 28, 2018 [ECF Dkt. 36].

5. As Plaintiff and Trans Union's settlement discussions have continued, Plaintiff and Trans Union have agreed to extend Plaintiff's response an additional fourteen days in order to allow counsel time to further the settlement discussions. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **December 12, 2018**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated November 27, 2018.

| **KNEPPER & CLARK LLC** | **LEWIS BRISBOIS BISGAARD & SMITH** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Jason G. Revzin* |
| Matthew I. Knepper, Esq. | Jason G. Revzin, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 8629 |
| Miles N. Clark, Esq. | 6385 S. Rainbow Blvd., Ste. 600 |
| Nevada Bar No. 13848 | Las Vegas, NV 89118 |
| Shaina R. Plaksin, Esq. | Email: jason.revzin@lewisbrisbois.com |
| Nevada Bar No. 13935 | |
| Email: matthew.knepper@knepperclark.com | *Counsel for Defendant* |
| Email: miles.clark@knepperclark.com | *Trans Union LLC* |
| Email: shaina.plaksin@knepperclark.com | |

| | |
|---|---|
| **HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | |
| **SNELL & WILMER**<br><br>*/s/ Kiah D. Beverly-Graham*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 6103<br>Kiah D. Beverly-Graham, Esq.<br>Nevada Bar No. 11916<br>3883 Howard Hughes Pkwy., Suite 1100.<br>Las Vegas, NV 89169<br>Email: kdove@swlaw.com<br>Email: kbeverly@swlaw.com<br><br>*Counsel for Defendant Wells Fargo Bank, N.A., (incorrectly sued as Wells Fargo Dealer Services)* | **NAYLOR & BRASTER**<br><br>*/s/ Jennifer L. Braster*<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br><br>**JONES DAY**<br>Katherine A. Neben, Esq.<br>Nevada Bar No. 14590<br>3161 Michelson Drive<br>Irvine, CA 92612<br>Email: kneben@jonesday.com<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* |

*Castronova v. Credit One Bank et al*
2:18-cv-01786-RFB-PAL

### ORDER GRANTING
### STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
### MOTION TO DISMISS

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

Dated: November 29, 2018.

SECOND STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST] - 3