Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MONIKA CASTRONOVA,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIT ONE BANK; PENNYMAC LOAN SERVICES LLC; WELLS FARGO DEALER SERVICES; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANSUNION LLC,<br><br>Defendants. | Case No.: 2:18-cv-01786-RFB-PAL<br><br>**THIRD STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [THIRD REQUEST]** |

THIRD STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [THIRD REQUEST] - 1

Plaintiff Monika Castronova ("Plaintiff"), by and through her counsel of record, and Defendant TransUnion LLC ("Trans Union") have agreed and stipulated to the following:

1. On September 14, 2018, Plaintiff filed a Complaint [ECF Dkt. 1].

2. On October 31, 2018, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt. 26].

3. Plaintiff's Response was originally due on November 14, 2018.

4. The Court granted Plaintiff and Trans Union's first stipulation to extend time for Plaintiff's Response to November 28, 2018 [ECF Dkt. 36].

5. Plaintiff and Trans Union then requested another fourteen-day extension due to continued settlement discussions on November 27, 2018 [ECF Dkt. 39]. The Court granted Plaintiff and Trans Union's second stipulation to extend time for Plaintiff's Response to December 12, 2018 [ECF Dkt. 41].

6. Plaintiff has been diligently trying to procure a current copy of her Trans Union consumer disclosure. On November 9, 2018, she was told by Trans Union that her report would be mailed in 6-8 days. As of December 10, 2018, she still had not received her report, so she called Trans Union again to follow up. Although she spoke with several representatives on the phone, none were able to give her a time frame by which to expect her report. However, Plaintiff and Trans Union believe an additional fourteen days should be sufficient to obtain this disclosure. This disclosure is highly relevant to Plaintiff's amended complaint, and as such, Plaintiff requires more time to obtain it. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **December 26, 2018**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

THIRD STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [THIRD REQUEST] - 2

IT IS SO STIPULATED.
Dated December 11, 2018.

| | |
|---|---|
| /s/ *Shaina R. Plaksin*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Shaina R. Plaksin, Esq.<br>Nevada Bar No. 13935<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>Email: shaina.plaksin@knepperclark.com<br><br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br>*Counsel for Plaintiff* | /s/ *Jason G. Revzin*<br>Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>LEWIS, BRISBOIS, BISGAARD & SMITH<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, NV 89118<br>Email: jason.revzin@lewisbrisbois.com<br><br>*Counsel for Defendant*<br>*Trans Union LLC* |
| **SNELL & WILMER LLP**<br><br>/s/ *Kiah Beverly-Graham*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 6103<br>Kiah D. Beverly-Graham, Esq.<br>Nevada Bar No. 11916<br>3883 Howard Hughes Pkwy.<br>Las Vegas, NV 89169<br>Email: kdove@swlaw.com<br>Email: kbeverly@swlaw.com<br><br>*Counsel for Defendant Wells Fargo Bank,*<br>*N.A., (incorrectly sued as Wells Fargo Dealer*<br>*Services)* | **NAYLOR & BRASTER**<br><br>/s/ *Andrew J. Sharples*<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br><br>**JONES DAY**<br>Katherine A. Neben, Esq.<br>Nevada Bar No. 14590<br>3161 Michelson Drive<br>Irvine, CA 92612<br>Email: kneben@jonesday.com<br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* |

THIRD STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [THIRD REQUEST] - 3

*Castronova v. Credit One Bank et al*
2:18-cv-01786-RFB-PAL

### ORDER GRANTING
### STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
### MOTION TO DISMISS

**IT IS SO ORDERED.**



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 12th day of December, 2018.

THIRD STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [THIRD REQUEST] - 4